# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case Number: 06-MJ-00161-DLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAVIER ANTONIO MUJICA,

    Defendant.

---

## ORDER

---

This matter having come on for consideration upon the Government's Motion To Quash Warrant, the Court, upon due consideration, hereby Orders that

SO ORDERED this 12th day of December, 2006.

BY THE COURT:

*/s/ David L. West*

DAVID L. WEST
United States Magistrate Judge
District of Colorado

cc:    James M. Candelaria, AUSA